# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

IN RE:                                              CHAPTER 7

**JOSEPH STEPHEN ELDER**                            CASE NO. 12-22771-asd
      Debtor

                                      NOVEMBER 26, 2012

## AMENDMENT

COMES NOW the Debtor, **Joseph Stephen Elder,** in the above-captioned matter and amend his Voluntary Petition in the following particular:

By amending **Schedules A and C** as set forth on the **Amended Schedules A and C.**

I, **Joseph Stephen Elder,** the Petitioner named in the foregoing Amendment, certify under penalty that the foregoing is true and correct.

Dated: November 26, 2012                            _____
                                                                       Joseph Stephen Elder – Debtor

Dated: November 26, 2012                            _____
                                                                        Martin Chorches, Esq.

B6A (Official Form 6A) (12/07)

In re  **Joseph Stephen Elder**                                                                 Case No.  __12-22771__
                                                        Debtor

## SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **180 Sidney Avenue, West Hartford, Connecticut** | Fee simple | - | 200,000.00 | 115,376.68 |

|  |  |  |
|---|---|---|
| Sub-Total > | 200,000.00 | (Total of this page) |
| Total > | 200,000.00 |  |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Case 12-22771    Doc 8    Filed 11/26/12    Entered 11/26/12 15:12:38    Desc Main
                              Document      Page 3 of 4

B6C (Official Form 6C) (4/10)

In re  **Joseph Stephen Elder**                                                  Case No. __12-22771__
                                                    Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                   $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                               *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Real Property** <br> 180 Sidney Avenue, West Hartford, Connecticut | Conn. Gen. Stat. § 52-352b(t) | 75,000.00 | 200,000.00 |
| **Cash on Hand** <br> Cash on Hand | Conn. Gen. Stat. § 52-352b(r) | 20.00 | 20.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** <br> Checking Account, Citizens Bank (ending 475-0) | Conn. Gen. Stat. § 52-352b(r) | 78.73 | 78.73 |
| Savings Account, Citizens Bank (ending 2699) | Conn. Gen. Stat. § 52-352b(r) | 120.70 | 120.70 |
| **Household Goods and Furnishings** <br> Household Goods and Furnishings | Conn. Gen. Stat. § 52-352b(a) | 1,500.00 | 1,500.00 |
| **Wearing Apparel** <br> Wearing Apparel | Conn. Gen. Stat. § 52-352b(a) | 900.00 | 900.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** <br> 1999 Mercedes Benz C43 (64.200 miles) (Needs Repair) | Conn. Gen. Stat. § 52-352b(j) <br> Conn. Gen. Stat. § 52-352b(r) | 3,500.00 <br> 250.00 | 3,750.00 |
| 1998 Toyota RAV4 (180,000 miles) (Poor Condition) | Conn. Gen. Stat. § 52-352b(r) | 500.00 | 500.00 |
| | Total: | 81,869.43 | 206,869.43 |

__0__   continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                     Best Case Bankruptcy

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

IN RE:                                    CHAPTER 7

**JOSEPH STEPHEN ELDER**                  CASE NO. 12-22771-asd
Debtor

                                          NOVEMBER 26, 2012

**CERTIFICATION OF SERVICE**

    The undersigned certifies that on the 26th day of day of November, 2012, in accordance with Rules 7004(a), and 9014 F.R.Bankr.P., he served copies of the attached Amended Schedules A and C and Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines via either first class mail, postage prepaid or electronically, as applicable, to all parties as follows:

**U.S. Trustee**
Office of the U.S. Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT  06510

**Trustee**
John J. O'Neil, Esquire
Trustee in Bankruptcy
255 Main Street
Hartford, CT  06106

                                                       /s/ Martin Chorches
                                                       Martin Chorches, Esq.
                                                       Fed Bar #ct09014-2
                                                       Law Offices of Ronald I. Chorches, LLC
                                                       449 Silas Deane Highway, 2nd Fl.
                                                       Wethersfield, CT  06109
                                                       His Attorney
                                                       Tel #(860)563-3955
                                                       Fax #(860)513-1577
                                                       e-mail: martinchorches@aol.com