UNITED STATES BANKRUPTCY COURT

DISTRICT OF CONNECTICUT

FILED
2012 DEC 10 PM 1:02

CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD

In Re                              :        Case No. 12-22771

                                   :
JOSEPH STEPHEN ELDER               :        APPLICATION AND WRIT HABEAS
                                   :        CORPUS AD TESTIFICANDUM

TO: Gary M. Gfeller    (Clerk of the Bankruptcy Court)

Michael Braham, an incarcerated creditor, hereby applies for the issuance of either a writ of habeas corpus ad testificandum or writ of habeas corpus ad subjiciendum ordering the Commissioner of the Department of Correction for the State of Connecticut, Leo Arnone to transport Michael Braham, Inmate #231451, to the Meeting of Creditors in the above-captioned matter scheduled to be held on December 17, 2012 at 11:30 AM in Room 742 at the United States Bankruptcy Court for the District of Connecticut at 450 Main Street, Hartford, Connecticut 06103.

The undersigned hereby affirms that the above named incarcerated person is presently confined at the Cheshire Correctional Institution at 900 Highland Avenue, Cheshire, Connecticut 06410 and that he is an interested creditor in the above-captioned matter and his presence at the Meeting of Creditors is necessary so that he might question the debtor in addition to inspecting all papers filed in this case, including the list of the debtor's property, debts, and property claimed as exempt. Wherefore, the undersigned requests that a Writ of Habeas Corpus be issued, ordering the person confining this prisoner to produce the body of this prisoner before this court to be held at the above address at the Creditor Meeting Date and Time noted above.

*Michael Braham*  11/5/12
APPLICANT

### ORDER

Upon the above application and affidavit, let the Writ of Habeas Corpus be issued.

by the Court,

_____   _____
Judge/   Asst. Clerk/   Clerk         Date of Order

### WRIT

TO: The person by whom said incarcerated person is confined.

By the authority of the Federal government, you are hereby commanded to bring thebody of this person under safe and secure conduct, before this court, to be held at the above address on the Creditor Meeting Date and Time noted above, and immediately after the proceeding in said case is terminated, to return this person under safe and secure conduct with this writ.

_____   _____   _____
DATED AT (Town)   On (Date)   SIGNED BY