UNITED STATES BANKRUPTCY COURT

DISTRICT OF CONNECTICUT

```
In re:                          :   Case No. 12-22777
                                :
                                :
JOSEPH STEPHEN ELDER            :   APPLICATION AND WRIT HABEAS
                                :   CORPUS AD TESTIFICANDUM
```

TO: Mary M. Gfeller    (Clerk of the Bankruptcy Court)

Michael Braham, an incarcerated creditor, hereby applies for the issuance of either a writ of habeas corpus ad testificandum or writ of habeas corpus ad subjiciendum ordering the Commissioner of the Department of Correction for the State of Connecticut, Leo Arnone to transport Michael Braham, Inmate #231451, to the Meeting of Creditors in the above-captioned matter scheduled to be held on December 17, 2012 at 11:30 AM in Room 742 at the United States Bankruptcy Court for the District of Connecticut at 450 Main Street, Hartford, Connecticut 06103.

The undersigned hereby affirms that the above named incarcerated person is presently confined at the Cheshire Correctional Institution at 900 Highland Avenue, Cheshire, Connecticut 06410 and that he is an interested creditor in the above-captioned matter and his presence at the Meeting of Creditors is necessary so that he might question the debtor in addition to inspecting all papers filed in this case, including the list of the debtor's property, debts, and property claimed as exempt. Wherefore, the undersigned requests that a Writ of Habeas Corpus be issued, ordering the person confining this prisoner to produce the body of this prisoner before this court to be held at the above address at the Creditor Meeting Date and Time noted above.

FILED 2012 DEC 10 PM 1:02 CLERK, U.S. BANKRUPTCY COURT DISTRICT OF CONNECTICUT HARTFORD

Handwritten annotations by Albert S. Dabrowski, United States Bankruptcy Judge, dated 12/17/12:

DENIED without prejudice to the U.S. Trustee and/or the panel Trustee to apply for a writ of habeas corpus ad Testificandum upon exhaustion of other remedies for the examination of the Debtor pursuant to § 343.

Page 1 of 2