FILED
2013 FEB -4 PM 1:56

CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

IN RE:

JOSEPH STEPHEN ELDER
  Debtor

CHAPTER 7

MICHAEL BRAHAM
  Creditor-Claimant

CASE NO. 12-22771 asd

v.

JOSEPH STEPHEN ELDER
  Debtor

JOHN J. O'NEIL, TRUSTEE
  Trustee

FEBRUARY 1, 2013

## COMPLAINT FOR RELIEF FROM AUTOMATIC STAY

1. Michael Braham, who is a creditor herein resides at Cheshire Correctional Institution, 900 Highland Avenue, Cheshire, CT. 06410.

2. The debtor, at the time of the filing of the petition initiating this case, was, and still is legally indebted to the aforementioned creditor in the sum of not less than $15,000.00.

3. The creditor's claim is founded on a civil action filed at the Superior Court in the Judicial District of New Haven, Docket No. NNH-CV12-5034196, wherein the creditor seeks compensatory damages; punitive damages; and equitable relief against the debtor for: fraudulent misrepresentation; breach of fiduciary duty; legal malpractice; intentional infliction of emotional distress; negligent

infliction of emotional distress; and negligence resulting from the debtor's intentional misrepresentation of the law and facts relevant to the debtor's legal representation of the creditor in the criminal matter of State of Connecticut v. Michael Braham, Docket No. CR96-0490258-T.

4. The aforementioned civil action was filed on April 16, 2012 and no judgment has been rendered thereon. However, the debtor filed his Answer and Special Defenses on October 8, 2012. Thereafter, the creditor served the debtor with various discovery and a motion to revise his affirmative defenses.

5. The Creditor, Michael Braham, hereby moves for relief from the automatic stay in this Bankruptcy case for the following reasons: i.) The Creditor-plaintiff will likely prevail on the merits of his case which is founded upon factual allegations that would render a state court judgment nondischargeable, i.e., fraud; fiduciary fraud; and willful and malicious injuries perpetrated by the Debtor-defendant.

6. For the foregoing reasons, Michael Braham moves that this Bankruptcy case notwithstanding, he be allowed to continue prosecuting the action of Michael Braham v. Joseph S. Elder, Docket No. NNH-CV12-5034196.

DATED. FEBRUARY 1, 2013

Respectfully submitted,

MICHAEL BRAHAM
CREDITOR-CLAIMANT PRO SE

BY: *Michael Braham*
MICHAEL BRAHAM
INMATE # 231451
CHESHIRE C.I.
900 HIGHLAND AVENUE
CHESHIRE, CT. 06410

## ORDER

Having been presented to the Court, the foregoing Complaint For Relief From Automatic Stay is hereby Ordered: GRANTED / DENIED

by the Court,

_____
JUDGE  /  CLERK  /  ASST. CLERK

## CERTIFICATION

I hereby certify that a copy of the foregoing Complaint For Relief From Automatic Stay was mailed, postage prepaid to the following on this 2nd day of February, 2013:

Kevin J. Burns on behalf of Creditor Wesley Spears
Attorney At Law
81 South Main Street
West Hartford, CT. 06107

Martin Chorches on behalf of Debtor Joseph Stephen Elder
449 Silas Deane Highway
Second Floor
Wethersfield, CT. 06109

John J. O'Neil
255 Main Street
Hartford, CT. 06106

*Michael Braham*
MICHAEL BRAHAM
CREDITOR-CLAIMANT PRO SE