FILED
2013 FEB -4 PM 1:56
CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

IN RE:

JOSEPH STEPHEN ELDER
   Debtor

CHAPTER 7

MICHAEL BRAHAM
   Creditor-Claimant

CASE NO. 12-22771 asd

V.

JOSEPH STEPHEN ELDER
   Debtor

JOHN J. O'NEIL, TRUSTEE
   Trustee

FEBRUARY 1, 2013

## COMPLAINT OBJECTING TO DISCHARGE OF BANKRUPTCY

1. Michael Braham, who is a creditor herein resides at Cheshire Correctional Institution, 900 Highland Avenue, Cheshire, Connecticut, 06410.

2. The debtor, at the time of the filing of the petition initiating this case, was, and still is legally indebted to the aforementioned creditor in the sum of not less than $15,000.00.

3. The creditor's claim is founded on a civil action filed at the Superior Court in the Judicial District of New Haven, Docket No. NNH-CV12-5034196, wherein the creditor seeks compensatory damages, punitive damages, and equitable relief against the debtor for: fraudulent misrepresentation; breach of fiduciary duty; legal malpractice; intentional infliction of emotional distress; negligent infliction of emotional distress; and negligence resulting from the debtor's intentional misrepresentation of the law and facts relevant to the

debtor's legal representation of the creditor in the criminal matter of State of Connecticut v. Michael Braham, Docket No. CR96-0490258-T.

4. The aforementioned civil action was filed on April 16, 2012; no judgment has been rendered thereon.

5. The creditor, Michael Braham, hereby objects to the discharge of his above-mentioned claim for the following reasons: 1.) The debt was incurred by fraud; 2.) The debt was incurred by fiduciary fraud; and 3.) The debt was incurred by willful and malicious injuries caused by the debtor. Consequently, a state court judgment in the above-mentioned civil action would be nondischargeable under the Bankruptcy Code. Therefore, Michael Braham's objection to discharge should be sustained.

DATED FEBRUARY 1, 2013

Respectfully submitted,

MICHAEL BRAHAM
CREDITOR-CLAIMANT PRO SE

BY: *Michael Braham*
MICHAEL BRAHAM
INMATE #231451
CHESHIRE C.I.
900 HIGHLAND AVENUE
CHESHIRE, CT. 06410

ORDER

Having been presented to the Court, the foregoing Complaint Objecting to Discharge of Bankruptcy is hereby Ordered:
SUSTAINED  /  OVERRULED

by the Court,

_____

## CERTIFICATION

I hereby certify that a copy of the foregoing Complaint Objecting to Discharge of Bankruptcy was mailed, postage prepaid to the following on this 2nd day of February, 2013:

Kevin J. Burns on behalf of Creditor Wesley Spears
Attorney At Law
81 South Main Street
West Hartford, CT. 06107

Martin Chorches on behalf of Debtor Joseph Stephen Elder
449 Silas Deane Highway
Second Floor
Wethersfield, CT. 06109

John J. O'Neil
255 Main Street
Hartford, CT. 06106

_Michael Braham_
MICHAEL BRAHAM
CREDITOR-CLAIMANT PRO SE