Michael Braham
Inmate #231451
Cheshire C.I.
900 Highland Avenue
Cheshire, CT. 06410

2013 FEB 15  PM 12:54

February 7, 2013

Clerk of the Bankruptcy Court
Gary M. Gfeller
450 Main Street • 7th Floor
Hartford, CT. 06103

Re: Fees due in Braham v. Elder, Case No. 13-02005; and
    In Re Joseph Stephen Elder, Case No. 12-22771 (ASD).

Dear Clerk Gfeller:

Please find enclosed my Adversary Proceeding Cover Sheet for my "Complaint Objecting To Discharge Of Bankruptcy." However, because I am indigent I have failed to include the $293.00 fee. Additionally, I have not included the $176.00 fee relevant to Motion for Relief From Automatic Stay.
For those reasons I request that you provide me with the forms necessary for In Pauperis Filing or Waiver of Fees as applicable. Thank you.

Cordially,

*Michael Braham*
Michael Braham