FILED
2013 FEB 25  PM 12: 44
CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

IN RE:

JOSEPH STEPHEN ELDER                CHAPTER 7
    Debtor


MICHAEL BRAHAM                      CASE NO. 12-22771 (ASD)
    Creditor-Claimant

    v.

JOSEPH STEPHEN ELDER
    Debtor

JOHN J. O'NEIL, TRUSTEE             FEBRUARY 20, 2013
    Trustee


### MOTION FOR WAIVER OF FEES AND COSTS

The pro se Creditor-claimant, Michael Braham hereby moves that the Court waive all of the fees and costs associated with his "Complaint For Relief From Automatic Stay" filed on February 4, 2013.

In support of this motion, the movant states the following:

1. There is a fee of $176.00 currently due in this matter;

2. The movant is indigent and thus unable to pay the fees and costs relevant to his Complaint For Relief From Automatic Stay;

3. The granting of this motion is in the interest of law and equity.

BY: *Michael Braham*
MICHAEL BRAHAM
INMATE #231451
900 HIGHLAND AVENUE
CHESHIRE, CT. 06410

## ORDER

Having been presented to the Court, the foregoing Motion for Waiver of Fees and Costs is hereby ORDERED:

GRANTED    /    DENIED

by the Court,

_____
JUDGE / CLERK / ASST. CLERK

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion for Waiver of Fees and Costs was mailed, postage prepaid to the following on this 20th day of February, 2013:

Martin Chorches
Counsel for Debtor Joseph Elder
449 Silas Deane Hgwy - 2nd Floor
Wethersfield, CT. 06109
Tel. (860) 563-3955

John J. O'Neil
Bankruptcy Trustee
255 Main Street
Hartford, CT. 06106
Tel. (860) 527-3771

Kevin J. Burns
Counsel for Creditor Wesley Spears
81 South Main Street
West Hartford, CT. 06107
Tel. (860) 561-1036

*Michael Braham*
MICHAEL BRAHAM
CREDITOR-CLAIMANT

-2-