DENIED without prejudice to renew following the resolution of Adv. P. No. 13-2005, or upon consent to a modification of §362(e) by the Debtor and the Chapter 7 Trustee.

Albert S. Dabrowski 2-27-2013

**ALBERT S. DABROWSKI**
**UNITED STATES BANKRUPTCY JUDGE**

FILED
2013 FEB -4 PM 1:56

U.S. BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

IN RE:

JOSEPH STEPHEN ELDER                    CHAPTER 7
Debtor

MICHAEL BRAHAM                          CASE NO. 12-22771 asd
Creditor-Claimant

v.

JOSEPH STEPHEN ELDER
Debtor

JOHN J. O'NEIL, TRUSTEE                 FEBRUARY 1, 2013
Trustee

## COMPLAINT FOR RELIEF FROM AUTOMATIC STAY

1. Michael Braham, who is a creditor herein resides at Cheshire Correctional Institution, 900 Highland Avenue, Cheshire, CT. 06410.

2. The debtor, at the time of the filing of the petition initiating this case, was, and still is legally indebted to the afore-mentioned creditor in the sum of not less than $15,000.00.

3. The creditor's claim is founded on a civil action filed at the Superior Court in the Judicial District of New Haven, Docket No. NNH-CV12-5034196, wherein the creditor seeks compensatory damages; punitive damages; and equitable relief against the debtor for: fraudulent misrepresentation; breach of fiduciary duty; legal malpractice; intentional infliction of emotional distress; negligent