UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

IN RE:

| | |
|---|---|
| JOSEPH STEPHEN ELDER<br>    Debtor | CHAPTER 7<br>CASE NO: 12-22771 |
| WESLEY SPEARS<br>    Movant<br>V. | |
| JOSEPH STEPHEN ELDER<br>    Debtor | |
| JOHN J O'NEIL, TRUSTEE<br>    Trustee | RE: ECF No. 22 |

### ORDER EXTENDING TIME TO FILE COMPLAINT UNDER 11 USC SECTION 523(a)

The foregoing motion to extend time to file a complaint objecting to the dischargeability of its claim *only*, pursuant to 11 USC Section 523 (a)(4) and/or 11 USC Section 523(a)(6) having been considered after notice and hearing and appearing that the same should be granted it is hereby

ORDERED that the deadline for creditor Wesley Spears to file a complaint objecting to dischargeability pursuant to 11 USC Section 523 is extended to March 17, 2013

Dated: February 28, 2013                                                                                  BY THE COURT

Albert S. Dabrowski
United States Bankruptcy Judge