UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

IN RE:

JOSEPH STEPHEN ELDER
    Debtor

CHAPTER 7
CASE NO: 12-22771

WESLEY SPEARS
    Movant

V.

JOSEPH STEPHEN ELDER
    Debtor

JOHN J O'NEIL, TRUSTEE
    Trustee

March 16, 2013

## SECOND MOTION TO EXTEND TIME TO FILE COMPLAINT UNDER 11 USC SECTION 523(a)

Pursuant to Bankruptcy Rule 9006 the Movant, Wesley Spears, hereby requests enlargement of time of thirty days to file a complaint objecting to the dischargeability of its claim *only*, pursuant to 11 USC Section 523 (a)(4) and/or 11 USC Section 523(a)(6). Movant seeks an opportunity to resolve movant's potential claim but there is insufficient time to do so prior to the deadline of March 17, 2013 deadline for dischargeability complaints.

Movant has discussed this motion with debtor's counsel prior to filing and does not have consent to granting the motion

    Wherefore, it is respectfully requested that the court so extend the deadline to April 22, 2013

MOVANT,

/s/Kevin J. Burns
Kevin J. Burns
COHEN, BURNS & HARD & PAUL
81 South Main Street
West Hartford, CT  06107
(860) 549-4740
Juris #CT 03075
kburns@cbhplaw.com